# ORDER/COVER SHEET

**TO:** **Honorable Nathanael M. Cousins**
**Chief U.S. Magistrate Judge**

**RE:** **Shaelyn LE**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:26-cr-00484-PCP**

**Date:**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Ana Mendoza | 415-436-7503 |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s): ***removed:***

**1.Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services;**

**2.Defendant must continue or actively seek employment, or continue or start an education program approved by Pretrial Services;**

***Modified:***

**3.Defendant must not change residence without prior approval of the Court.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

______________________________________________________________________

[signature]

**JUDICIAL OFFICER**

**October 29, 2026**

**DATE**